FILED
CLERK, U.S. DISTRICT COURT

NOV 16 2010

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA -- WESTERN DIVISION

MJ10-2805

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)  ORDER [OF DETENTION] [SETTING
v. )  CONDITIONS OF RELEASE] AFTER
)  HEARING (18 U.S.C. §3148(b):
)  (Allegations of Violation of Pretrial
_Danielle Webb_ )  Conditions of Release)
)
)
Defendant. )

A.

On motion of the Government involving an alleged violation of conditions
of pretrial release, and a warrant for arrest,

B.

The court finds there is:

(1)

  (A)   ( )   Probable cause to believe that the defendant has committed a
             Federal, State, or local crime while on release and/or

  (B)   (✓)   Clear and convincing evidence that the defendant has violated

1    any other condition of release; and

2  (2)   (A)   ( )  Based on the factors set forth in 18 U.S.C. §3142(g), there is no
3                  condition or combination of conditions of release that will
4                  assure that the defendant will not flee or pose a danger to the
5                  safety or any other person or the community; or

6       (B)   ( )  The defendant is unlikely to abide by any condition or
7                  combination of conditions of release.

8  (3)        ( )  There is probable cause to believe that, while on release, the
9                  defendant committed a Federal, State, or local felony, and the
10                 presumption that no condition or combination of conditions
11                 will assure that the person will not pose a danger to the safety
12                 of any other person or the community has not been rebutted.

13                              OR

14  (4)        ( )  The court finds that there are conditions of release that will
15                 assure that the defendant will not flee or pose a danger to the
16                 safety any other person or the community, and that the
17                 defendant will abide by such conditions. <u>See</u> separate Order
18                 setting conditions.

19        ( )  It is further ordered that this order is stayed for72 hours in order
20                 to allow the Government to seek review from the assigned
21                 district judge or criminal duty district judge as appropriate.

22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

1               OR

2                C.

3       ( )    IT IS ORDERED defendant be detained prior to trial.

4

5   DATED: ___11_/_16_/10___

6

7

8       _____

9       UNITED STATES  MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                        3